UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DISTINCTIVE CABINETRY, INC.,**

      Plaintiff,

                                          Civil No.**08-10233**
                                          Hon. John Feikens

      v.

**HOME DEPOT U.S.A., INC.,**

      Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION**

      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on 4/30/2009, and the Objections filed by Plaintiff on 5/11/2009;

      **IT IS ORDERED** that the Report is adopted and entered as the findings and conclusions of this court.

                                                **s/John Feikens**
                                                John Feikens
                                               United States District Judge

Dated:  May 22, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 22, 2009.

s/Carol Cohron
Deputy Clerk